UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of DASCO CONSTRUCTION & DRYWALL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, et al.,<br><br>Defendants. | Case No. 5:13-cv-01857-PSG<br><br>**CASE SCHEDULING ORDER**<br><br>**(Re: Docket No. 26)** |

Based on the parties' joint case management statement and the case management conference on January 6, 2015,[1]

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is 60 days after entry of this order.

IT IS FURTHER ORDERED that an early settlement conference with a magistrate judge will be set in the event the pending early neutral evaluation is unsuccessful. The parties shall

---

[1] *See* Docket No. 29.

Case No. 5:13-cv-01857-PSG
CASE SCHEDULING ORDER

1

inform the court within seven days of the early neutral evaluation whether referral to a magistrate judge is necessary.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

Pre-Trial Conference .......................................................... November 17, 2015 at 10:00 AM

Jury Trial .......................................................................... November 30, 2015 at 9:30 AM

**SO ORDERED.**

Dated: January 15, 2015

*PAUL S. GREWAL*
United States Magistrate Judge